UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **EATON CORPORATION,** | ) | CASE NO. 1:18-CV-1172 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| vs. | ) | **DISMISSAL ORDER** |
| | ) | **WITHOUT PREJUDICE** |
| **FACTORY MUTUAL INS. COMP.,** | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Eaton Corporation ("Eaton") filed this declaratory judgment action against Defendant Factory Mutual Insurance Company ("FM Global") on May 21, 2018. Doc #: 1. Eaton filed a Motion for Judgment on the Pleadings ("Motion") on Aug. 10, 2018. Doc #: 13. FM Global filed its Response on Sept. 10, 2018. Doc #: 14. Eaton filed its Reply in support of its Motion on Sept. 17, 2018. Doc #: 19. On Sept. 18, 2018, the Court held a scheduled Case Management Conference attended by Eaton's counsel David Sporar, Amanda Leffler, Eaton's representatives Jennifer Dolan, David A. Johnson, and Joe Rodgers, FM Global's counsel Bob Fogarty, Harvey Kurzweil, and Kelly A. Librera, and FM Global's representative Andrew Broslin. At the Case Management Conference, the Court discussed the pending Motion with the parties. Eaton acknowledged that it had not made a formal claim to FM Global for Hurricane Maria-related damages. FM Global explained that it needed additional documentation from Eaton in order to evaluate Eaton's claims regarding Time Element losses. The Court expressed

its unwillingness to issue an advisory opinion construing the policy without knowing the potential ramifications of the Court's decision.   Thus, the Court directed Eaton to produce to FM Global all monthly P&Ls from January 2016 through June 2018 for the five Upstream Locations and the twenty Downstream Locations.   If FM Global needs additional information, it should pick two of the twenty Downstream Locations and Eaton shall provide that additional information as to the two selected Downstream Locations.   Eaton should also submit a formal claim to FM Global for coverage of its Hurricane Maria-related losses at its four Puerto Rico locations and one location in the Dominican Republic.

The Court declines to exercise its jurisdiction and issue an advisory opinion as to the provisions of Eaton's policy with FM Global.   Accordingly, Eaton's Motion is **DENIED** as premature and the Court hereby **DISMISSES** Eaton's Complaint **WITHOUT PREJUDICE**.  The parties shall bear their own costs.

**IT IS SO ORDERED.**

*/s/ Dan Aaron Polster Sept. 18, 2018*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**